UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CREIGHTON WELCH,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-07-199-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR DISMISSAL |

Based on the stipulation of the parties, **IT IS ORDERED** that the stipulated Motion **(Ct. Rec. 8)** is **GRANTED.**  The above-captioned case shall be dismissed with prejudice, with no costs, expenses or fees to either side.

DATED October 10, 2007.


                              S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1